

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage  $ 5.79          5-17-11

Certified Fee                    Postmark
                                 Here

Anthony Askew
07967-068
HAZELTON
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 2000
BRUCETON MILLS, WV 26525

PS Form 3800, August 2006          See Reverse for Instructions